## OSBORNE v. ANNIE PENN MEMORIAL HOSPITAL

No. 388P89

Case below: 95 N.C.App. 96

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## RAWLS v. EARLY

No. 358P89

Case below: 94 N.C.App. 677

Petition by several respondents for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## SELLERS v. LITHIUM CORPORATION

No. 334P89

Case below: 94 N.C.App. 575

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## STATE v. COPPAGE

No. 360P89

Case below: 94 N.C.App. 63

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

## STATE v. EALY

No. 353P89

Case below: 94 N.C.App. 707

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.